CASES DISPOSED OF WITHOUT CONSIDERATION BY THE COURT, FROM APRIL 10, 1923, TO AND INCLUDING JUNE 11, 1923.

No. 456. EUGENE SCHAEFER ET AL., TRUSTEES, ETC. *v.* THOMAS W. MILLER, AS ALIEN PROPERTY CUSTODIAN OF THE UNITED STATES. Appeal from the Circuit Court of Appeals for the Second Circuit. April 16, 1923. Dis-

missed with costs, on motion of counsel for appellants. *Mr. Swagar Sherley* for appellants. *The Attorney General* for appellee.